# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| VRUSHIKESH DHANAJAY KERKAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  1:25-CV-00524-MAC |
| | § | |
| US IMMIGRATION AND CUSTOMS ENFORCEMENT, BRET BRADFORD, HOUSTON FIELD OFFICE DIRECTOR, ENFORCEMENT AND REMOVAL OPERATIONS;  WARDEN, IAH SECURE ADULT DETENTION CENTER, ALEXANDER SANCHEZ;  US DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, SECRETARY; AND  US ATTORNEY GENERAL, PAMELA BONDI; | § § § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER TRANSFERRING CASE

Having reviewed the Petition for Writ of Habeas Corpus in this case, the court finds that the above-styled civil action was filed in the incorrect division of the Eastern District of Texas. Because the Petitioner is detained in Livingston, Texas, his case must be filed in the Lufkin Division of the Eastern District of Texas.  *Hooker v. Sivley*, 187 F.3d 680, 682 (5th Cir. 1999) (finding a § 2241 petition must be filed in the division/district where the petitioner is incarcerated).

Thus, it is ordered that the Clerk of the Court shall immediately transfer this case to the Lufkin Division of the United States District Court for the Eastern District of Texas and assign an

appropriate case number denoting the Lufkin Division.[1]  All motions that are pending at the time of transfer shall remain pending following the transfer of this case to the Lufkin Division.

        **SIGNED this the 28th day of October, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk of Court is directed to waive the twenty-one day waiting period set by Local Rule CV-83 and to transfer the case immediately following the entry of this order.